UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:

TRE AMICI LEASING, LLC,

Case No. 8:17-bk-5123-CPM
Chapter 11

Debtor.
_____/

## OBJECTION TO CHAPTER 11 LIQUIDATING PLAN BY ALLY FINANCIAL

Ally Financial, by and through its undersigned attorney, hereby files its Objection to the Chapter 11 Liquidating Plan dated Plan of Liquidation (Doc. No. 51), and would show:

1. The claim of Ally Financial is secured by a 2014 Chrysler 300 Sedan 4D, VIN 2C3CCAAG5EH202880. The amount due on the secured claim is $15,966.18. The vehicle is listed under Class V.

2. The claim of Ally Financial is secured by a 2014 CHRYSLER 300 VIN: 2C3CCAAG9EH119629. The amount due on the secured claim is $15,435.23. The vehicle is listed under Class VI.

3. Ally Financial Objects to the liquidation sale of its vehicles and does not consent to assumption by a third party buyer.

DATED: November __, 2017.

Andrew W. Houchins
Florida Bar No. 59017
Rush, Marshall, Jones and Kelly, P.A.
P.O. Box 3146
Orlando, Florida 32802
Telephone (407) 425-5500
Facsimile (407) 423-0554
ahouchins@rushmarshall.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served on this _22nd_ day of November, 2017, by electronic notice if registered in the Electronic Case Filing system, otherwise by first class postage prepaid U.S. Mail to: Tre Amici Leasing, LLC, 6208 Ridge Road, Unit #1, Port Richey FL 34668, Debtor, Tre Amici Leasing, LLC, 6208 Ridge Road, Unit #1, Port Richey FL 34668, Attorney for Debtor, , Office of the U.S. Trustee, 501 East Polk Street, Suite 1200, Tampa, FL 33602, **and to the Parties-In-Interest List, pursuant to Local Rule 1007-2.**

RUSH, MARSHALL, JONES and KELLY, P.A.
Attorneys for Creditor

SEND ALL NOTICES TO:

By: _____
Andrew W. Houchins, for the firm

RUSH, MARSHALL, JONES and KELLY, P.A.
Attn: Andrew W. Houchins
Post Office Box 3146
Orlando, FL 32802-3146

Florida Bar No. 59017
Telephone 407-425-5500
Facsimile 407-423-0554
email: ahouchins@rushmarshall.com

1621.70510
Y8702 0205

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:17-bk-05123-CPM<br>Middle District of Florida<br>Tampa<br>Wed Nov 22 08:47:00 EST 2017 | Tre Amici Leasing, LLC<br>6208 Ridge Rd., Unit 1<br>Port Richey, FL 34668-6799 | Advance Auto Parts<br>P.O. Box 742063<br>Atlanta, GA 30374-2063 |
| Ally Financial<br>P.O. Box 380901<br>Minneapolis, MN 55438-0901 | Ally Financial f/k/a GMAC Inc.<br>c/o Andrew W. Houchins<br>P.O. Box 3146<br>Orlando, FL 32802-3146 | Donald Rinaldo, Jr.<br>c/o Scott Stichter, Esq.<br>110 E. Madison St., #200<br>Tampa, FL 33602-4718 |
| First Insurance Funding Corp<br>450 Skokie Blvd., Ste 1000<br>Northbrook, IL 60062-7917 | Frontier Communications<br>610 E. Zack St.<br>Tampa, FL 33602-3913 | LKQ Crystal River<br>P.O. Box 403078<br>Atlanta, GA 30384-3078 |
| Mercedes-Benz Financial Serv<br>P.O. Box 5260<br>Carol Stream, IL 60197-5260 | Monroe Capital Management Advisors, LLC<br>assignee of Channel Partners Capital, LL<br>c/o Aubrey Law Firm, PC<br>12 Powder Springs Street, Suite 470<br>Marietta, Georgia 30064-7211 | Pasco County Solid Waste<br>7536 State St.<br>New Port Richey, FL 34654-5528 |
| Progressive Waste Solutions<br>6800 Osteen Rd.<br>New Port Richey, FL 34653-3667 | Spectrum<br>P.O. Box 31710<br>Tampa, FL 33631-3710 | Stratigic Funding<br>211 D. Bulifants Blvd.<br>Suite E<br>Williamsburg, VA 23188-5729 |
| West Florida Battery<br>7932 U.S. 19<br>Port Richey, FL 34668-6633 | End of Label Matrix<br>Mailable recipients   15<br>Bypassed recipients    0<br>Total                15 | |