[jiffyord] [Bench Order +]

ORDERED.

Dated:  January 02, 2018

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Tre Amici Leasing, LLC
dba Signature Car Service

_____Debtor*_____/

Case No.
8:17−bk−05123−CPM
Chapter 11

### ORDER OVERRULING OBJECTION TO CONFIRMATION OF PLAN

THIS CASE came on for hearing on  December 28, 2017 , for consideration of the **Objection to Confirmation of Plan** (Doc. **59** ), filed by **Ally Financial** .

For the reasons stated orally and recorded in open court, the Objection to Confirmation of Plan is Overruled .

as moot.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Andrew Houchins is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.