

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/05/2018 11:00 AM

COURTROOM  8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:17-bk-05123-CPM** | 11 | **06/13/2017** |

**Chapter 11**

**DEBTOR:**   Tre Amici Leasing, LLC

**DEBTOR ATTY:**   **Joel Treuhaft**

**TRUSTEE:**   NA

**HEARING:**

Motion to Sell Property Free and Clear of Liens. Property description: Business Equipment and Vehicles. . (Verify Fee) Filed by Joel S Treuhaft on behalf of Debtor Tre Amici Leasing, LLC (related document(s)51). (doc 64)

**APPEARANCES:**:
JOEL TREUHAFT; SCOTT STICHTER; NATHAN WHEATLEY..

**RULING:**
Motion to Sell Property Free and Clear of Liens. Property description: Business Equipment and Vehicles. . (Verify Fee) Filed by Joel S Treuhaft on behalf of Debtor Tre Amici Leasing, LLC (related document(s)51). (doc 64).. GRANTED..ORDER BY TREUHAFT..
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.