ORDERED.

Dated:  January 08, 2018

_Catherine Peek McEwen_
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

TRE AMICI LEASING, LLC,    CASE NO: 8:17-bk-05123-CPM
                           CHAPTER 11
    Debtor.
_____/

**ORDER DENYING CONFIRMATION,**
**DISAPPROVING DISCLOSURE STATEMENT AND NOTICE OF HEARING**

This case came on for hearing on December 28, 2017, upon the continued hearing on the Debtor's Disclosure Statement (Doc. 50), confirmation of the Debtor's proposed Plan of Liquidation (Doc. 51), as well as objections to confirmation filed by Ally Bank (Doc. 59) and Donald Rinaldo, Jr. and Donald Rinaldo, Sr. (Doc. 60). Appearing were Matt Holtsinger, Esquire, on behalf of Ally Bank, Scott Stichter, Esquire, on behalf of Donald Rinaldo, Jr. and Donald Rinaldo, Sr., Nathan Wheatley, Esquire, on behalf of the Office of U.S. Trustee, and Joel S. Treuhaft, Esquire, on behalf of the Debtor. The Court, having considered the Disclosure Statement and Plan, along with argument of counsel, finds that the Debtor cannot propose a confirmable Plan, and therefore, the Disclosure Statement should be disapproved and confirmation of the proposed Plan of Liquidation should be denied.  Accordingly, and for the reasons stated orally and recorded in open court, it is hereby

**ORDERED that:**

1.    The Disclosure Statement (Doc. 50) filed by the Debtor is not approved, and confirmation of the Debtor's proposed Plan of Liquidation (Doc. 51) is hereby DENIED.

2.    A hearing will be held on the Debtor's Motion to Sell Property and Shorten Notice (Doc. 64) on **January 5, 2018, at 11:00 a.m.** before the Honorable Catherine P. McEwen, Courtroom

        8B, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, FL 33602.

3.     A hearing to approve the Debtor's proposed sale and to consider the Rinaldo's Motion to Convert or Dismiss (Doc. 57) will be held on **January 25, 2018, at 1:30 p.m.** before the Honorable Catherine P. McEwen, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, FL 33602.

**Joel S. Treuhaft is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order**